UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| JAMES GERMALIC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 12-CV-61-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| SECRETARY OF STATE OF | ) | **JUDGMENT** |
| KENTUCKY, ALLISON L. GRIMES, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED AND ADJUDGED** that the complaint filed pursuant to 42 U.S.C. § 1983 by James Germalic against Secretary of State of Kentucky, Allison L. Grimes [R. 1] is **DISMISSED WITHOUT PREJUDICE**, and judgment is **ENTERED** in favor of the defendant.

This 25th day of June, 2013.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge